**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIDDELL,<br><br>                    Plaintiff,<br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants. | Civil Action No.<br><br>2:12-CV-2669 SDW-SCM<br><br>**ORDER TERMINATING MOTION AS WITHDRAWN**<br>**[D.E. 115]** |

  *Pro se* Plaintiff Liddell has voluntarily withdrawn his motion for default judgment (D.E. 115) on the record at the status conference today, and therefore,

  **IT IS** on this Thursday, October 01, 2015:

1. **ORDERED**, that the motion for default judgment (D.E. 115) is terminated.

Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

10/1/2015 11:19:54 AM